# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 2:13-cr-006-LDG-VCF |
| ) | |
| vs. ) | **ORDER FOR DISMISSAL** |
| ) | |
| OSVALDO NUNEZ-LARIOS, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Indictment returned on January 2, 2013, as to defendant, OSVALDO NUNEZ-LARIOS. Upon further investigation, it appears that there is a potential legal problem with the defendant's deportation that this office believes would be best resolved administratively.

DANIEL G. BOGDEN
United States Attorney

/s/ Brandon C. Jaroch

_____
BRANDON C. JAROCH
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

**DATED** this ___13___ day of March, 2013.

_____
UNITED STATES DISTRICT JUDGE